UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NLD ROCHESTER LLC,

               Plaintiff,

      v.                                           23-CV-6058 DGL

440 LAKE AVENUE, LLC,

               Defendant.

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT FOR SUM CERTAIN and MOTION FOR ATTORNEYS' FEES

I, M. Kasey Ratliff, being duly sworn, state as follows:

1. I am a Shareholder with Winstead PC, Texas counsel to Plaintiff, NLD Rochester LLC, in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. I submit this affidavit in support of NLD Rochester's motion for default judgment for a sum certain and motion for attorneys' fees in the above-entitled matter.

3. This action was filed on or about January 23, 2023.

4. But Winstead's involvement in this matter started in June 2022.

5. Throughout this time, I have kept accurate and contemporaneous time records of the hours spent on this matter, including, but not limited to, dates of services performed and tasks undertaken.

6. I have instructed, supervised, and ensured that all associates and employees of Winstead PC keep accurate and contemporaneous time records of the hours spent on this matter, including, but not limited to, dates of services performed and tasks undertaken.

7. Attached hereto as Exhibit A are the Time and Billing records of this matter. The time spent as was necessary on this matter to negotiate and later commence legal action on this matter.

8.  The Time and Billing records show the type of services performed, by who, and when the services were performed (as in this affidavit, time is entered contemporaneously).

9.  The total fees billed to NLD Rochester amount to $12,200.04.

10. Upon information and belief, all time spent on this matter has been reasonable and any unreasonable time has been discounted appropriately as noted in Exhibit A.

11. I have been practicing complex commercial and real estate litigation for almost 20 years. Winstead PC has many locations, but Mr. Joeckel and I are located in Dallas, Texas.

12. My current hourly billing rate is $675.

13. My rates are well within the range of fees charged by attorneys within this geographical area of comparable experience.

14. Mr. Matthew Joeckel has been practicing for approximately 4 years in commercial and real estate litigation.

15. Mr. Joeckel's hourly billing rate is $465.

16. Mr. Joeckel's rates are well within the range of fees charged by attorneys within this geographical area of comparable experience.

17. All fees charged prior to commencement of the present action were required to analyze NLD Rochester's potential claims and put it in a position to commence suit for the monies owed.

Dated April 24, 2023

_____
M. Kasey Ratliff, Esq.

Sworn to and subscribed before
Me this 24th day of April, 2023.

_____
Notary Public



NINA NELSON
Notary Public, State of Texas
Notary ID 189788-9
My Commission Exp. 08-08-2026

# EXHIBIT A



Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

June 13, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3107032 |
| Client #: | 55203 |
| Matter #: | 300 |

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through May 31, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 5/05/22 | MKR | Review correspondence from Mr. Ledesma regarding dispute over rent with Seller; analyze relevant documents. | .70 |
| 5/10/22 | MKR | Work session with M. Joeckel regarding demand letter pertaining to rent wrongfully retained by Seller. | .40 |
| 5/10/22 | MJ | Review and analyze facts and supporting docs in preparation of drafting letter to Seller. | .90 |
| 5/11/22 | MKR | Work session with M. Joeckel regarding demand letter; correspondence with Mr. Ledesma regarding same; revise draft demand letter. | .60 |
| 5/11/22 | MJ | Prepare demand letter to 440 Lake Avenue LLC; review and analyze supporting documents; correspondence with client regarding the facts and the demand letter. | 4.30 |
| 5/12/22 | MKR | Final revisions to demand letter; work session with M. Joeckel regarding same. | .30 |
| 5/18/22 | MJ | Correspondence from Seller regarding opposing counsel and demand. | .20 |
| 5/23/22 | MKR | Review letter in response to demand letter. | .30 |
| 5/23/22 | MJ | Receipt and review correspondence from 440 Lake Ave, LLC's counsel. | .20 |
| 5/24/22 | MJ | Correspondence regarding facts of the dispute and the strategy. | .20 |
| 5/31/22 | MJ | Receipt and review correspondence from client regarding status. | .10 |

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | 2.30 | 630.00 | 1,449.00 |
| MJ | Matt Joeckel | 5.90 | 430.00 | 2,537.00 |

WINSTEAD PC | ATTORNEYS

Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)

June 13, 2022
Invoice #:  3107032

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
|      | **TOTALS** | **8.20** |      | **$ 3,986.00** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 3,986.00 |
| Less 15% Discount | $ -597.90 |
| NET PROFESSIONAL SERVICES: | $ 3,388.10 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | 2.30 | 630.00 | 1,449.00 |
| MJ | Matt Joeckel | 5.90 | 430.00 | 2,537.00 |
|     | **TOTALS** | **8.20** |        | **$ 3,986.00** |

**TOTAL THIS INVOICE**      **$ 3,388.10**



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

June 13, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3107032 |
| Client #: | 55203 |
| Matter #: | 300 |

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,388.10** |

Please return this advice with payment to:

WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

**Wire Transfer Instructions: Client Retainer Account**

Comerica Bank
Dallas, TX
Swift Code MNBDUS33
ABA# 111000753
Account # 1881293359
Credit:       Winstead PC
                   Client Retainer Account
Reference:    M. Kasey Ratliff
Client/Matter#: 55203.300

**ACH TRANSFERS:**

Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
E-mail: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

*Thank you!*
*Your business is greatly appreciated.*

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

July 14, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX 76110

Invoice #:        3114195
Client #:         55203
Matter #:         300

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through June 30, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 6/06/22 | MKR | Review correspondence from Mr. Ledesma regarding new lawsuit; review lawsuit and deadline to file responsive pleading; correspondence with Mr. Ledesma regarding same. | .30 |
| 6/13/22 | MKR | Various correspondence with opposing counsel regarding extension on responsive pleading deadline and potential settlement. | .30 |

| Init | Timekeeper | Hours | Rate | Total |
|------|------------|-------|------|-------|
| MKR | M. Kasey Ratliff | .60 | 630.00 | 378.00 |
| | **TOTALS** | **.60** | | **$ 378.00** |

TOTAL PROFESSIONAL SERVICES          $ 378.00

Less 15% Discount                    $ -56.70

NET PROFESSIONAL SERVICES:           $ 321.30

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|------------|-------|------|-------|
| MKR | M. Kasey Ratliff | .60 | 630.00 | 378.00 |
| | **TOTALS** | **.60** | | **$ 378.00** |

WINSTEAD PC | ATTORNEYS

July 14, 2022
Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)                    Invoice #:  3114195

**TOTAL THIS INVOICE**                                                      **$ 321.30**

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

July 14, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3114195 |
| Client #: | 55203 |
| Matter #: | 300 |

# REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 321.30** |

Please return this advice with payment to:

WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code        CHASUS33XXX
ABA#              111000614
Account #        729508785
Credit:            Winstead PC
                   Cash Receipts Account
Reference:       M. Kasey Ratliff
Client/Matter#:  55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

*Thank you!  Your Business is Greatly Appreciated.*

 WINSTEAD

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

August 16, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3122455 |
| Client #: | 55203 |
| Matter #: | 300 |

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through July 31, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 7/12/22 | MKR | Conference with opposing counsel regarding dispute over erroneously paid rent; conference with Mr. Ledesma regarding same. | .40 |
| 7/14/22 | MKR | Draft correspondence to opposing counsel regarding dispute related to erroneously paid rent; correspondence with Mr. Ledesma regarding same. | .60 |
| 7/18/22 | MKR | Correspondence with opposing counsel regarding dispute over erroneously paid rent; correspondence with Mr. Ledesma regarding same. | .40 |
| 7/19/22 | MKR | Correspondence with opposing counsel regarding dispute; correspondence with Mr. Hidalgo regarding same; review correspondence with Speedway regarding same. | .30 |

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | 1.70 | 630.00 | 1,071.00 |
| | **TOTALS** | **1.70** | | **$ 1,071.00** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,071.00 |
| Less 15% Discount | $ -160.65 |
| NET PROFESSIONAL SERVICES: | $ 910.35 |

WINSTEAD PC | ATTORNEYS

August 16, 2022
Invoice #:  3122455

Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | 1.70 | 630.00 | 1,071.00 |
| | **TOTALS** | **1.70** | | **$ 1,071.00** |

**TOTAL THIS INVOICE**                                        **$ 910.35**

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

August 16, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3122455 |
| Client #: | 55203 |
| Matter #: | 300 |

# REMITTANCE ADVICE

**RE:   440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 910.35** |

Please return this advice with payment to:

WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code       CHASUS33XXX
ABA#             111000614
Account #        729508785
Credit:          Winstead PC
                 Cash Receipts Account
Reference:       M. Kasey Ratliff
Client/Matter#:  55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

*Thank you!  Your Business is Greatly Appreciated.*



Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

September 15, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3131348 |
| Client #: | 55203 |
| Matter #: | 300 |

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through August 31, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 8/03/22 | MKR | Review letter from Speedway's counsel to Seller's counsel demanding transfer of erroneously paid rent; correspondence to Mr. Ledesma regarding same. | .30 |
| 8/17/22 | MKR | Review correspondence from Seller's counsel to Speedway's counsel; correspondence with Mr. Ledesma regarding same. | .30 |

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | .60 | 630.00 | 378.00 |
| | **TOTALS** | **.60** | | **$ 378.00** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 378.00 |
| Less 15% Discount | $ -56.70 |
| NET PROFESSIONAL SERVICES: | $ 321.30 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | .60 | 630.00 | 378.00 |
| | **TOTALS** | **.60** | | **$ 378.00** |

WINSTEAD PC | ATTORNEYS

September 15, 2022
Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)                    Invoice #:  3131348

**TOTAL THIS INVOICE**                                              **$ 321.30**

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

September 15, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3131348 |
| Client #: | 55203 |
| Matter #: | 300 |

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

---

**BALANCE DUE THIS INVOICE**                **$ 321.30**

---

Please return this advice with payment to:          WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

---

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code      CHASUS33XXX
ABA#            111000614
Account #       729508785
Credit:         Winstead PC
                Cash Receipts Account
Reference:      M. Kasey Ratliff
Client/Matter#: 55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

***Thank you!  Your Business is Greatly Appreciated.***



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

December 21, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3169233 |
| Client #: | 55203 |
| Matter #: | 300 |

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through November 30, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 11/03/22 | MKR | Telephone conference with local counsel candidates regarding claims and parties; prepare correspondence to local counsel candidate regarding same. | .60 |
| 11/07/22 | MKR | Correspondence with local counsel regarding case background and strategy. | .20 |
| 11/08/22 | MKR | Correspondence with Mr. Ledesma and local counsel regarding status and strategy. | .20 |

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | 1.00 | 630.00 | 630.00 |
| | **TOTALS** | **1.00** | | **$ 630.00** |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 630.00 |
| Less 15% Discount | $ -94.50 |
| NET PROFESSIONAL SERVICES: | $ 535.50 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|
| MKR | M. Kasey Ratliff | 1.00 | 630.00 | 630.00 |

WINSTEAD PC | ATTORNEYS

December 21, 2022
Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)          Invoice #:  3169233

| Init | Timekeeper | Hours | Rate | Total |
|------|------------|-------|------|-------|
| | **TOTALS** | **1.00** | | **$ 630.00** |

**TOTAL THIS INVOICE**                                    **$ 535.50**



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

December 21, 2022

HIDALGO, BEN
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE., SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3169233 |
| Client #: | 55203 |
| Matter #: | 300 |

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

---

**BALANCE DUE THIS INVOICE**                    **$ 535.50**

---

Please return this advice with payment to:

WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

---

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code        CHASUS33XXX
ABA#               111000614
Account #          729508785
Credit:            Winstead PC
                   Cash Receipts Account
Reference:         M. Kasey Ratliff
Client/Matter#:  55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

*Thank you!  Your Business is Greatly Appreciated.*

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

January 12, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.
SUITE 401
FORT WORTH, TX 76110

Invoice #:  3175612
Client #:  55203
Matter #:  300

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**      Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through December 31, 2022:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 12/06/22 | MJ | Correspondence with local counsel regarding complaint; brief review and analysis of New York law regarding available causes of action; begin preparation of complaint. | 1.80 |
| 12/07/22 | MKR | Strategy call with local counsel; provide update to Mr. Ledesma. | .50 |
| 12/07/22 | MJ | Prepare complaint; conference with local counsel regarding introduction and case plan. | 4.60 |
| 12/09/22 | MJ | Conference regarding complaint to local counsel. | .20 |
| 12/16/22 | MJ | Email correspondence with local counsel; review and revise Plaintiff's complaint. | .60 |
| 12/22/22 | MJ | Email correspondence with local counsel regarding filing of lawsuit. | .20 |

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | .50 | 630.00 | 315.00 |
| MJ | Matt Joeckel | 7.40 | 430.00 | 3,182.00 |
| | **TOTALS** | **7.90** | | **$ 3,497.00** |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 3,497.00 |
| Less 15% Discount | $ -524.55 |
| NET PROFESSIONAL SERVICES: | $ 2,972.45 |

WINSTEAD PC | ATTORNEYS

January 12, 2023
Invoice #:  3175612

Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | .50 | 630.00 | 315.00 |
| MJ | Matt Joeckel | 7.40 | 430.00 | 3,182.00 |
| | **TOTALS** | **7.90** | | **$ 3,497.00** |

**TOTAL THIS INVOICE**                                    **$ 2,972.45**



WINSTEAD

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

January 12, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.
SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3175612 |
| Client #: | 55203 |
| Matter #: | 300 |

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

**BALANCE DUE THIS INVOICE**                **$ 2,972.45**

Please return this advice with payment to:          WINSTEAD PC | ATTORNEYS
                                                     ATTN:  Accounts Receivable
                                                     2728 N. Harwood St., Suite 500
                                                     Dallas, Texas 75201-1743

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code      CHASUS33XXX
ABA#            111000614
Account #       729508785
Credit:         Winstead PC
                Cash Receipts Account
Reference:      M. Kasey Ratliff
Client/Matter#: 55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

***Thank you!  Your Business is Greatly Appreciated.***



Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

February 16, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.
SUITE 401
FORT WORTH, TX  76110

Invoice #:  3183131
Client #:  55203
Matter #:  300

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**

Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through January 31, 2023:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|---|---|---|---|
| 1/10/23 | MKR | Correspondence with local counsel regarding revised draft of federal court complaint; review and revise draft Complaint; correspondence with Mr. Ledesma regarding same. | .80 |
| 1/11/23 | MKR | Telephone conference with local counsel regarding revisions to draft Complaint; revise Complaint to reflect proper federal court allegations with respect to diversity of citizenship of client entity; various correspondence with Mr. Ledesma regarding same. | .90 |
| 1/11/23 | MJ | Conference with local counsel regarding complaint. | .20 |
| 1/24/23 | MKR | Various correspondence with local counsel regarding status of Complaint and service of same; correspondence with Mr. Ledesma providing update regarding same. | .20 |
| 1/26/23 | MKR | Review correspondence from local counsel regarding Court's requirement of more specific allegations relating to citizenship of entities and individuals with ownership of Plaintiff; review General Order No. 157 regarding same; various correspondence with Mr. Ledesma regarding same; various correspondence with local counsel regarding same. | .80 |
| 1/27/23 | MKR | Various correspondence with local counsel regarding pro hac vice admission. | .20 |
| 1/31/23 | MKR | Correspondence with Mr. Ledesma regarding citizenship of various owners of Plaintiff for purposes of Court-required disclosure statement; analyze ownership of various relevant entities and revise corporate disclosure statement. | 1.20 |

WINSTEAD PC | ATTORNEYS

Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)

February 16, 2023
Invoice #:  3183131

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | 4.10 | 675.00 | 2,767.50 |
| MJ | Matt Joeckel | .20 | 465.00 | 93.00 |
| | **TOTALS** | **4.30** | | **$ 2,860.50** |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 2,860.50 |
| Less 15% Discount | $ -429.08 |
| NET PROFESSIONAL SERVICES: | $ 2,431.42 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | 4.10 | 675.00 | 2,767.50 |
| MJ | Matt Joeckel | .20 | 465.00 | 93.00 |
| | **TOTALS** | **4.30** | | **$ 2,860.50** |

**EXPENSES**

| | Description | Amount |
|---|-------------|--------|
| 1/27/23 | Advance For Miscellaneous - M Ratliff - Miscellaneous - Other Certificate of Good Standing from Supreme Court of Texas for application to be admitted Pro Hac Vice in Western District of New York. - 01/27/2023 | 25.00 |

| | |
|---|---|
| TOTAL EXPENSES | $ 25.00 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 2,456.42** |

 **WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

February 16, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.
SUITE 401
FORT WORTH, TX  76110

| | |
|---|---|
| Invoice #: | 3183131 |
| Client #: | 55203 |
| Matter #: | 300 |

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**                 Billing Attorney:  M. Kasey Ratliff

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 2,456.42** |

Please return this advice with payment to:

WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.
Swift Code       CHASUS33XXX
ABA#             111000614
Account #        729508785
Credit:          Winstead PC
                 Cash Receipts Account
Reference:       M. Kasey Ratliff
Client/Matter#:  55203.300

**ACH TRANSFERS:**
Must be sent in CTX Format with payment
detail by invoice number.

Invoice payment detail may also be
submitted via fax or email:

FAX: 214.745.5390
ATTN: Accounts Receivable
Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

*Thank you!  Your Business is Greatly Appreciated.*


**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

March 23, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.
SUITE 401
FORT WORTH, TX 76110

Invoice #:       3192091
Client #:        55203
Matter #:        300

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**        Billing Attorney:  M. Kasey Ratliff

For Professional Services Rendered Through February 28, 2023:

**PROFESSIONAL SERVICES**

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 2/01/23 | MKR | Revise corporate disclosure statement; correspondence with Mr. Ledesma regarding same. | .20 |
| 2/02/23 | MKR | Revise corporate disclosure statement; various correspondence with local counsel regarding same; review status of service of Plaintiff's Complaint. | .90 |
| 2/03/23 | MKR | Various correspondence with local counsel regarding service of lawsuit on Defendant; calculate Defendant's deadline to file a responsive pleading; provide update to Mr. Ledesma regarding same. | .30 |
| 2/06/23 | MKR | Various correspondence with local counsel and Mr. Ledesma regarding opposing counsel's settlement offer. | .20 |
| 2/24/23 | MKR | Correspondence with opposing counsel regarding strategy for settlement and motion for default judgment against Defendant. | .20 |
| 2/28/23 | MKR | Various correspondence with local counsel regarding settlement and motion for default; various telephone conferences with opposing counsel regarding settlement; correspondence to Mr. Ledesma providing update regarding same. | .50 |

| Init | Timekeeper | Hours | Rate | Total |
|------|------------|-------|------|-------|
| MKR | M. Kasey Ratliff | 2.30 | 675.00 | 1,552.50 |
| | **TOTALS** | **2.30** | | **$ 1,552.50** |

WINSTEAD PC | ATTORNEYS

Matter: 300 440 LAKE AVENUE, LLC (ROCHESTER, NY)

March 23, 2023
Invoice #:  3192091

| TOTAL PROFESSIONAL SERVICES | $ 1,552.50 |
| Less 15% Discount | $ -232.88 |
| NET PROFESSIONAL SERVICES: | $ 1,319.62 |

**SUMMARY OF PROFESSIONAL SERVICES**

| Init | Timekeeper | Hours | Rate | Total |
|------|-----------|-------|------|-------|
| MKR | M. Kasey Ratliff | 2.30 | 675.00 | 1,552.50 |
| | **TOTALS** | **2.30** | | **$ 1,552.50** |

**TOTAL THIS INVOICE**      **$ 1,319.62**



**WINSTEAD**

Austin | Charlotte | Dallas | Fort Worth | Houston | New York | San Antonio | The Woodlands

2728 N. Harwood Street
Suite 500
Dallas, TX 75201
Tax I.D. #75-2404691

March 23, 2023

BEN HIDALGO
NET LEASE DEVELOPMENT, LLC
1000 FOREST PARK AVE.                        Invoice #:          3192091
SUITE 401                                    Client #:            55203
FORT WORTH, TX  76110                        Matter #:             300

## REMITTANCE ADVICE

**RE:  440 LAKE AVENUE, LLC (ROCHESTER, NY)**          Billing Attorney:  M. Kasey Ratliff

**BALANCE DUE THIS INVOICE**          **$ 1,319.62**

Please return this advice with payment to:          WINSTEAD PC | ATTORNEYS
ATTN:  Accounts Receivable
2728 N. Harwood St., Suite 500
Dallas, Texas 75201-1743

**Wire Transfer Instructions: Invoice Payments**

JPMORGAN CHASE BANK, N.A.                    **ACH TRANSFERS:**
Swift Code      CHASUS33XXX                  Must be sent in CTX Format with payment
ABA#            111000614                    detail by invoice number.
Account #       729508785
Credit:         Winstead PC                  Invoice payment detail may also be
                Cash Receipts Account        submitted via fax or email:
Reference:      M. Kasey Ratliff
Client/Matter#: 55203.300                    FAX: 214.745.5390
                                             ATTN: Accounts Receivable
                                             Email: accountsreceivable@winstead.com

**TERMS: NET 30 DAYS**

***Thank you!  Your Business is Greatly Appreciated.***